TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
tara.elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 21-43-M-DLC |
|---|---|
| Plaintiff, | SUPERSEDING INFORMATION |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE |
| LEONARD GEORGE CARLETON, | Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum five to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |
| Defendant. | |

THE UNITED STATES CHARGES:

On or about May 13, 2021, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, LEONARD GEORGE CARLETON, knowingly and unlawfully possessed with the intent to distribute, five grams or

1

more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

TARA J. ELLIOTT
Assistant United States Attorney

LEIF M. JOHNSON
Acting United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney