UNITED STATES DISTRICT COURT

MISSOULA DIVISION, DISTRICT OF MONTANA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| V. | CASE NUMBER: CR 21-43-M-DLC |
| LEONARD GEORGE CARLETON | |

I, LEONARD GEORGE CARLETON, the above named defendant, who is accused of possession with the intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) being advised of the nature of the charge, the proposed Superseding Information, and of my rights, hereby waive in open court on _____ prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Leonard George Carleton
Defendant

_____
Michael Donahoe
Counsel for Defendant

Before _____
       Judicial Officer